UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Poojan Thakrar, | Case No. 24-cv-1901 (JMB/DJF) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| StockX, LLC | |
| Defendant. | |

---

Plaintiff Poojan Thakrar filed this action on May 21, 2024 (ECF No. 1), along with an Application to Proceed *in Forma Pauperis* ("IFP Application") (ECF No. 2). The Court denied his IFP Application on May 24, 2024, instructing Mr. Thakrar that by June 14, 2024, he must either: (1) pay this action's filing fee; or (2) file a new application to proceed *in forma pauperis* (ECF No. 3 at 2). The Court warned Mr. Thakrar that if he failed to meet this deadline it would recommend dismissing this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute it. (*Id.*) Mr. Thakrar has not paid this action's filing fee, nor has he filed a new application to proceed *in forma pauperis*, and the June 14 deadline has elapsed. The Court accordingly recommends dismissing this action for failure to prosecute it.

### RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** this action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute it.

Dated: June 17, 2024

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

1

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).